

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00353-CR

HENRY REYNA,

                                                            Appellant

 v.

THE STATE OF TEXAS,

                                                            Appellee

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2017-738-C2**

## OPINION

Henry Reyna filed a notice of appeal in which he states that he is appealing from the judgment of conviction rendered against him on August 1, 2019, and the denial of his motion for new trial on September 12, 2019. Because no authority grants the courts of appeals jurisdiction of an appeal from the denial of a motion for new trial that is separate and apart from an appeal from an appellant's conviction, *see Greer v. State*, No. 10-18-00251-CR, 2018 WL 4648803, at *1 (Tex. App.—Waco Sept. 26, 2018, no pet.) (mem. op., not designated for publication), we have determined that Reyna is attempting to appeal

from the judgment of conviction rendered against him by way of a challenge to the denial of his motion for new trial. However, because the trial court's certification of Reyna's right of appeal, which Reyna and his counsel signed, indicates that the underlying case was a plea-bargain case and that Reyna has no right of appeal and also that Reyna has waived his right of appeal, Reyna's appeal from the judgment of conviction rendered against him must be dismissed. *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) (plea bargain); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (waiver of appeal).

By letter dated October 18, 2019, the Clerk of this Court notified Reyna that this appeal appeared to be subject to dismissal because the trial court's certification of his right of appeal, which Reyna and his counsel signed, indicates that the underlying case was a plea-bargain case and that Reyna has no right of appeal and also that Reyna has waived his right of appeal. The Clerk of this Court notified Reyna that the Court may dismiss the appeal unless, within ten days from the date of the letter, Reyna showed grounds for continuing the appeal. Reyna has not done so.

Accordingly, for the reasons stated, this appeal is dismissed.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal dismissed
Opinion delivered and filed November 6, 2019
Publish
[CRPM]

